William D. Hyslop
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON C. CAMPBELL;<br><br>Defendants. | INFORMATION SUPERSEDING INDICTMENT<br><br>18 U.S.C. § 1591(a)(1), (b)(1)<br>Sex Trafficking by Force, Fraud, or Coercion<br><br>4:19-CR-06007-SMJ-03<br><br>18 U.S.C. § 1594<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning in or about April 2018, and continuing until in or about May 2018, in the Eastern District of Washington and elsewhere, the Defendant, BRANDON C. CAMPBELL, knowingly, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained

INFORMATION SUPERSEDING INDICTMENT    1

Victim W and Victim E, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim W and Victim E to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense(s) in violation of 18 U.S.C. § 1591, as charged in Count 1 of this Information Superseding Indictment, Defendant, BRANDON C. CAMPBELL, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense[s], and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense[s], and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    A sum of money in U.S. currency representing the amount of proceeds obtained as a result of the sex trafficking offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

INFORMATION SUPERSEDING INDICTMENT     2

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Respectfully submitted,

William D. Hyslop
United States Attorney

Meghan M. McCalla
Assistant United States Attorney

INFORMATION SUPERSEDING INDICTMENT                                        3