PROB 12C
(6/16)

Report Date: August 11, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

ECF No. 282

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon C. Campbell — Case Number: 0980 4:19CR06007-MKD-3

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 28, 2020

Original Offense: Sex Trafficking by Force, Fraud, or Coercion, 18 U.S.C. § § 1591(a)(1), (b)(1)

Original Sentence: Prison - 90 months; TSR - 60 months — Type of Supervision: Supervised Release

Asst. U.S. Attorney: Brandon Lloyd Pang — Date Supervision Commenced: July 18, 2025

Defense Attorney: Peter Steven Schweda — Date Supervision Expires: July 17, 2030

---

## PETITIONING THE COURT

To issue a summons.

On July 18, 2025, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 10, by ingesting a controlled substance, fentanyl, on or about July 7, 2026.<br><br>On July 7, 2026, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for fentanyl. At that time, he signed a denial form indicating he did not use said substance. The urine specimen was thereafter sent to the national laboratory for further testing, and it was confirmed positive for fentanyl. |

2 **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: The offender is alleged to have been untruthful with the probation officer on or about July 7, 2026.

As noted in alleged violation number 1, on July 7, 2026, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for fentanyl. When questioned by the probation officer, he denied use of fentanyl and signed a denial form indicating such. The specimen was thereafter confirmed positive for fentanyl.

Given the above information, the offender was untruthful with the probation officer regarding his drug use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

8/11/2026

Date